IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL J. SAFFER, | ) | |
| | ) | |
| Plaintiff, | ) | 2:19-cv-25 |
| | ) | |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| BECHTEL MARINE PROPULSION CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

AND NOW, this 8th day of September 2020, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 22, amended at ECF No. 26) and the parties' subsequent briefing of and argument on the issues, and for the reasons set forth in the accompanying Opinion, the Court hereby orders that said Motion is GRANTED.

IT IS THEREFORE ORDERED that final judgment of this Court is entered as to both Counts I and II of the Complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of the Defendant, Bechtel Marine Propulsion Corporation (and successor in interest Fluor Marine Propulsion, LLC), and against the Plaintiff, Daniel J. Saffer.

Marilyn J. Horan
United States District Judge